IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |  |
|---|---|---|
| MURPHY A. JUNAID, | § | |
|    *Plaintiff* | § | |
| | § | |
| v. | § | CASE NO. 2:11-cv-226 |
| | § | |
| JOHN MCHUGH, | § | |
| Secretary of the Army | § | |
|    *Defendant.* | § | |

### JOINT STATEMENT OF INTENT REGARDING MEDIATION

The parties to this civil action, Defendant John McHugh, Secretary of the Army, and Plaintiff Murphy A. Junaid, respectfully submit that mediation would not be productive at this time. The matters in dispute were the subject of several administrative proceedings and informal efforts at resolution. However, those proceedings and related efforts were not successful. The parties remain pretty far apart in their positions.

                Respectfully submitted,

                KENNETH MAGIDSON
                United States Attorney

By:    s/ *Charles Wendlandt*
                CHARLES WENDLANDT
                Assistant United States Attorney
                Southern District of Texas No. 12172
                Texas Bar No. 21171500
                800 N. Shoreline, Suite 500
                Corpus Christi, Texas  78401
                Telephone:  (361) 888-3111
                Facsimile:  (361) 888-3200
                E-mail: Chuck.Wendlandt@usdoj.gov

Attorney-in-Charge for Defendant

LAW OFFICES OF
GAUL AND DUMONT
924 Camaron Street
San Antonio, Texas 78212
(210) 225-0685
(210) 320-3445 - Fax

By:   s/ *Malinda Gaul*   *
MALINDA A. GAUL
Texas Bar No. 08239800

Attorney-in-Charge for Plaintiff

*   Signed by Permission

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Malinda A. Gaul  malindag@swbell.net
924 Camaron Street
San Antonio, Texas 78212

 s/ *Charles Wendlandt*
CHARLES WENDLANDT

2