JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

1

1          REPORTER'S RECORD

2          VOLUME 1 OF 1 VOLUMES

3     * * * * * * * * * * * * * * * * * * * * * * * *

4          ACTIVITY DOCKET: ARCCAD09JUL02824

5          IRD FACT FINDING CONFERENCE

6          NOVEMBER 3, 2009

7          COMPLAINANT MURPHY JUNAID

8     * * * * * * * * * * * * * * * * * * * * * * * *

9   APPEARANCES:

10   THE INVESTIGATOR:

11   MS. CAROLYN K. BROWN
     Department of Defense
12   Civilian Personnel Management Service
     Investigations and Resolutions Division
13   1224 Wings Way
     Cantonment, FL  32533
14   Phone:  703.402.4286
     E-Mail: carolyn.brown@cpms.osd.mil
15

16   AGENCY REPRESENTATIVE:
     MR. KENNETH MUIR
17

18   COMPLAINANT:
     MR. MURPHY JUNAID
19

20   COMPLAINANT REPRESENTATIVE:
     MS. AMY BECKETT (BY PHONE)
21

22   On NOVEMBER 3, 2009, between the hours of 8:50 a.m. and
     1:55 p.m., the following Fact Finding Conference was
23   held in the above-entitled cause before the INVESTIGATOR
     CAROLYN K. BROWN, held at the Corpus Christi Army Depot,
24   308 Crecy Street, Corpus Christi, Texas 78419-5260.

25       Proceedings reported by machine shorthand.


     CALVERT REPORTING SERVICE   361.992.3398  FAX: 992.4247
     POB 271558, CORPUS CHRISTI, TX 78427      1.800.773.0254
                                                2

1          VOLUME 1 of 1 VOLUMES

2          INDEX TO FACT FINDING CONFERENCE

3          NOVEMBER 3, 2009 - VOLUME 1

                    Page 1

EXHIBIT J

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

1 vacancy announcement WTAA09241338D, the closing date is

2 January 29th, 2000-and -- excuse me.  The opening date

3 was January 23, 2009.  The closing date was February 6,

4 2009.  How did you first learn about that vacancy

5 announcement?

6      A.   It was announced through -- by Civilian

7 Personnel Office --

8      Q.   Okay.

9      A.   -- sent to all CCAD employees, I believe.

10      Q.   And it was circulated and posted and announced

11 generally?

12      A.   Yes.

13      Q.   Okay.  And you took a look at that announcement

14 and assessed the requirements of the job and then went

15 ahead and you met that closing date of February 6th?

16      A.   Correct.

17      Q.   Okay.  And nowhere on this announcement did it

18 say anything about supervisory experience; correct?  It

19 just said there's a basic requirement that you had to

20 have a Bachelor's Degree?

21      A.   Correct.

22      Q.   Okay.  Now, the next vacancy announcement that

23 we see, it has an opening date of April 2nd and a

24 closing date of April 15th and it is WTAA09241338R.

25 When did you first learn that the position had been

1 reposted?

2      A.   Through -- By E-Mail, also, from Civilian

3 Personnel.

4      Q.   Okay.  What was your reaction when you saw that

5 it had been reposted?

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

6    A.   I was surprised, just like all the other

7  engineers who put in for the first one.

8    Q.   And directing your attention to the bottom of

9  that announcement, under the word "General Schedule", it

10 now discusses qualifying experience requiring one year

11 of specialized experience involving supervisory

12 experience.  Was that a change from the earlier

13 announcement?

14   A.   Correct.  It was a change.

15   Q.   Okay.  And the change was -- what -- to

16 require --

17   A.   -- minimum one year supervisory experience.

18   Q.   Okay.  And at that time did you meet that

19 minimum one year supervisory experience?

20   A.   Yes, I did, because I was -- when I was working

21 at the Red River Army Depot in Texarkana, I acted as a

22 supervisor and also as a Director while I was there.

23   Q.   Had there been any other changes that you

24 noticed when the job was reposted or is that the only

25 change?

CALVERT REPORTING SERVICE   361.992.3398  FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427    1.800.773.0254
11.03.09/JUNAID     MURPHY JUNAID         EXAM/BECKETT

51

1    A.   Probably the only changes.

2    Q.   Okay.  And in what way do you believe that Gary

3  Hogg was better positioned now to be able to apply for

4  the position with the change requiring supervisory

5  experience, unlike the previous announcement?

6    A.   Because he was the supervisor for the KBSI

7  contractor and I think that's the only thing that he has

8  to justify him being selected for that position.

9    Q.   Could you expand on that a little bit, meaning

10 although you both had supervisory experience, you felt

Page 43

000348

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

11  that that was the only distinguishing qualification that

12  he had as opposed to your experience in the Depot?

13      A.    Well, I have worked with the Government for 12

14  years.  And he's -- I don't know how long he has been at

15  the Corpus Christi Army Depot, but he has never worked

16  directly for the Government.  He's been working as a

17  contractor.

18      Q.    Do you know what the nature of his supervisory

19  experience was as a contractor?

20      A.    Well, he supervises, at least now, before

21  coming here, just like five employees --

22      Q.    Okay.  Five employees.

23      A.    -- and most of the jobs have been done by the

24  employees.  He has never done any actual work, but just

25  supervises them.

CALVERT REPORTING SERVICE   361.992.3398   FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427        1.800.773.0254
11.03.09/JUNAID      MURPHY JUNAID        EXAM/BECKETT
52

1       Q.    Okay.  But he actually had done supervisory

2   work that now met this new requirement in the amended

3   vacancy announcement?

4       A.    Correct.

5       Q.    Okay.  And what was the reaction to this change

6   among your other colleagues who were interested in the

7   position.  You said that all of you were surprised.  Can

8   you remember some of those reactions?

9       A.    Yeah, we discussed it and we were saying:

10  "Well, why wouldn't Mr. Kresten Cook select any one of

11  us?"

12      Q.    And when you say "we discussed it," could you

13  name some of the other colleagues who discussed that?

14      A.    Edward Cooper, Mel Avila.

15      Q.    And Mr. -- And why don't you stop and indicate

2  today and your testimony will be a part of the record?

3      A.   Yes, I do.

4      Q.   Okay.  I will ask you to state your full name

5  and spell your last name for the record, please.

6      A.   My name is Kresten Lloyd Cook.  What else am I

7  supposed to do?

8      Q.   Spell your last name.

9      A.   Last name C-O-O-K.

10     Q.   Okay.  And your current position title?

11     A.   Director of Engineering Services.

12     Q.   And your current job series and grade?

13     A.   Let's see.  I am a YF-03.  I believe it is

14  "Supervisory General Engineer".

15     Q.   And that job series number is?

16     A.   I want to say 301.  I'm not -- I don't recall

17  exactly.

18     Q.   And how long have you held that position?

19     A.   I've been Director for about six years.

20     Q.   Okay.  And what organization do you work in?

21     A.   I work for the Corpus Christi Army Depot.

22     Q.   And totally how long have you been a Government

23  employee?

24     A.   I have been a Government employee since 1983.

25     Q.   And who is your first level supervisor?

1      A.   My supervisor?

2      Q.   M'hmm.  (Nodded.)

3      A.   That would be Mr. Dennis Williamson.

4      Q.   Okay.  And who is Mr. Williamson's supervisor?

5      A.   That would be Colonel Joe Dunaway, the

6  Commander.

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

7    Q.   Okay.  What is your race?

8    A.   White.

9    Q.   What is your color?

10   A.   White.

11   Q.   What is your national origin?

12   A.   U.S. Citizen.

13   Q.   Okay.  And what is your year of birth?

14   A.   1958.

15   Q.   And what was your role in the selection

16   process?

17   A.   For the Industrial Engineering supervisory

18   position?

19   Q.   Correct.

20   A.   I was the selecting official.

21   Q.   Okay.  And describe for me the selection

22   process.

23   A.   First of all, we review the resumes that are

24   referred to us from the Civilian Personnel Advisory

25   Office and we go through the resumes and determine the

11.03.09/JUNAID    KRESTEN COOK    EXAM/INVESTIGATOR

1    best qualified candidates of those resumes, and then we

2    set up interviews with each of these candidates.

3              And I panel the interview.  This time I

4    paneled it with Marc Gonzalez and Luis Salinas.

5    Basically, set up questions, you know.  I think it was

6    four questions that we had on the interview.  I got

7    together with the panel before and explained the

8    questions to them.  We agreed on them.

9              And then we agreed, as a group, kind of

10   what we were looking for in the answers from the

11   candidates for each question.  So, when the candidate

12  came in, basically, you know, we are evaluating the

13  response and the answers to the questions, you know,

14  based on what we are looking for.  Like one questions

15  was like on teamwork and we are looking for examples of

16  teamwork, that kind of stuff.

17              The other part of it is a review of the

18  resume itself.  And, you know, you are looking for

19  experience and factors in that resume that will give us

20  a good indication that person will be a successful

21  supervisor in the Industrial Engineering Division.

22      Q.   All right.  Let me go back a couple of steps

23  here.  How many people did you interview for this

24  position?

25      A.   If I can look at the record.  I don't know the

1  number exactly.

2              THE WITNESS:  (Addressing Mr. Muir)  Do

3  you have interview notes there, Ken?

4              MR. MUIR:  I'm passing from the tab for

5  Mr. Cook the first page.

6      A.   (Perused documentation.)  Looks like eight.

7      Q.   Okay.  So you conducted eight interviews?

8      A.   M'hmm.  (Nodded.)

9      Q.   Okay.  And who appointed the panel members?

10      A.   I appointed the panel members.

11      Q.   And what was the purpose of the panel?

12      A.   It's to provide -- to have three people sit in

13  on the interviews and provide their perspectives of the

14  different candidates.

15      Q.   Okay.  And who asked you to chair the panel?

16      A.   I guess no one asked me to chair the panel.

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD
CALVERT REPORTING SERVICE    361.992.3398   FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427      1.800.773.0254
11.03.09/JUNAID   KRESTEN COOK    EXAM/INVESTIGATOR
62

1   their "Number 1 Choice", "Number 2", "Number 3". Okay.

2         In that scenario, was that the way that it

3   occurred or just did the three of you come together and

4   then make your selection?

5   A.   Well, I asked each of the panel members to not

6   discuss the interviews until we were finished with all

7   of them. Go, themselves, individually, and rank the

8   candidates, you know, a "Top 1", "2" and "3" candidate.

9         Once they did that, we got together as a

10  group and discussed our "Top 1", "2" and "3" as a group

11  and came to a consensus of, you know, the "Number 1",

12  "2" or "3".

13        And from that point, we went and checked

14  references, you know, talked to previous supervisors,

15  things like that, to confirm, you know, which the best

16  candidate would be of the three.

17  Q.   In regards to the eight interviews that you

18  conducted, do you remember where the Complainant ranked?

19  A.   He was not in the "Top 3" of any of the

20  panelists' recommendations including myself.

21  Q.   Okay.  Were you aware of the Complainant's

22  race?

23  A.   Yes.

24  Q.   Were you aware of the Complainant's color?

25  A.   Yes.

CALVERT REPORTING SERVICE    361.992.3398   FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427      1.800.773.0254
11.03.09/JUNAID   KRESTEN COOK    EXAM/INVESTIGATOR
63

1   Q.   Were you aware of the Complainant's age?

2   A.   No.

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

13 candidate for this position?

14   A.   No.

15   Q.   Was the Complainant's race a factor in your

16 taking the action at issue --

17   A.   No, it was not.

18   Q.   -- in other words, during the selection?

19        Okay.  Was the Complainant's color a

20 motivating or influencing factor into the action taken?

21   A.   No.

22   Q.   Was the Complainant's age a motivating or

23 influencing factor in the action taken?

24   A.   No.

25   Q.   Was the Complainant's national origin a factor

1 in your taking the action at issue?

2   A.   No.

3   Q.   Why did you select those particular two members

4 for the panel?

5   A.   These are the other two Division Chiefs.

6 Engineering Services is made up of four divisions.  The

7 Facilities Chief and Equipment Maintenance Chief would

8 be the peer of the Industrial Engineering Chief.

9        Basically, they are equivalents.  So,

10 basically, they would be working with this person

11 closely and they also had a good knowledge of the type

12 of skills and requirements it took to do the job since

13 they were doing that division level job themselves.

14   Q.   Did you provide any feedback to the Complainant

15 regarding his interview?

16   A.   I offered the feedback to all of the candidates

17 that were not selected.  I understand not being selected

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

18  is a tough thing and sometimes people, you know, feel

19  that they are definitely the best qualified.  That's

20  happened to me.

21          And what I offered each of them was a

22  post-interview feedback session where I could say:

23  "Here is where you did great."  "Here is where I think

24  you could, you know, plus-up and develop some skills in

25  this area to be more successful in the future."

CALVERT REPORTING SERVICE   361.992.3398  FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427   1.800.773.0254
                                                            67
   11.03.09/JUNAID   KRESTEN COOK    EXAM/INVESTIGATOR

1    Q.   So, from your perspective, the feedback that

2  you wanted to provide, not just to the Complainant, but

3  to anyone that requested it that you interviewed, was to

4  provide them feedback regarding their own personal

5  interview?

6    A.   Yes.

7    Q.   Was the feedback ever intended to justify your

8  selection of the selectee for the position?

9    A.   No, that's not the purpose of feedback

10  sessions.

11    Q.   Now, let's talk about these announcements

12  because I must admit it's -- it's confusing.

13    A.   Okay.

14    Q.   Okay.  We have four announcements.  Kind of

15  tell me what went on here, I guess, with the first

16  posting.  The one I have says that the cert expires on

17  May the 15th.  And the last four digits is 1338.

18          And there are a number of people on this.

19  I apologize.  I don't have a job announcement, but I

20  will get that before I leave.

21          But the one that I am looking at says that

22  there were ten applicants, nine males and one female,

Page 57

000362

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

20  grade, so you apply as an external candidate and they

21  consider your experience outside of the Government.

22      A.   Okay.

23      Q.   When you have a time and grade, usually for

24  Government employees means that I've got to be a

25  G.S. -- whatever -- 11, 9, 12, for twelve months.  If

1  I don't meet that, I can go outside and do an external

2  and they can count my experience someplace outside of

3  the Government as meeting that.

4      A.   Okay.  I didn't --

5      Q.   I mean is that --

6      A.   Yes.  I -- that makes sense to me. (Laughs.)

7      Q.   Okay.  All right.  So, all right.  You made

8  from the second choice.  All right.  So let's kind of

9  put away --

10             Were any selections made on these two?

11  And when I say "these two", the 1338 and the 1338D as in

12  David.

13      A.   No, that was -- we -- we closed down that job

14  announcement because we needed to clarify the position

15  description.

16      Q.   Okay.  So there was no selections made --

17      A.   No selection.

18      Q.   -- on either one of those?

19      A.   No.

20      Q.   Then the position was reposted?

21      A.   Correct.

22      Q.   And a selection was made from those two?

23      A.   Yes.

24      Q.   And "those two" are 1338R and 1338DR?

Page 69

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

25     A.   Correct.


CALVERT REPORTING SERVICE   361.992.3398   FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427     1.800.773.0254
                                                      82
    11.03.09/JUNAID      KRESTEN COOK         EXAM/MUIR

1     Q.   Okay.  Let's put away those.

2               THE INVESTIGATOR:  Okay.  I think that's

3    all my questions.  Mr. Muir, do you have any clarifying

4    questions?

5               MR. MUIR:  I have a few.  Can we give

6    these back to the Investigator first so that --

7               THE WITNESS:  Sure.

8               THE INVESTIGATOR:  Oh, yeah.  Please.

9               (Witness complied.)

10              THE INVESTIGATOR:  Thank you, sir.

11                  E X A M I N A T I O N

12   BY MR. KENNETH MUIR:

13    Q.   Mr. Cook, as you recall, you mentioned that the

14   other two panel members gave you their "Top 3"

15   candidates.  Did they each have the same order of the

16   "Top 3" or did they have different -- did they choose

17   different numbers for "1", "2" and "3"?  Do you

18   remember?

19    A.   I think we were different, if I remember

20   correctly.

21    Q.   And, in fact, do you recall, did everybody have

22   the exact same "Top 3" candidates -- I mean not the

23   order of "1", "2" and "3", but were the names all the

24   same in all three or was there a little bit of a

25   difference?  Do you remember?


CALVERT REPORTING SERVICE   361.992.3398   FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427     1.800.773.0254
                                                      83
    11.03.09/JUNAID      KRESTEN COOK         EXAM/MUIR

Page 70

000375

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

1 A. I don't remember. I would have to look at it.

2 Q. Okay. But in any of the "Top 3" panel members'

3 lists, was the Complainant one of the "Top 3"?

4 A. No.

5 Q. I want you to just take a look again at your

6 notes that are on the first page under your tab. And

7 you assigned some points there. Is that right?

8 A. Yes.

9 Q. Who did you put as "Number 1" as far as points?

10 A. Let's see. Point-wise, that would be

11 Mr. Steven Connor.

12 Q. And who did you put "Number 2" and "3"?

13 A. "Number 2" would be Ron Brychta and "Number 3"

14 Gary Hogg.

15 Q. And if I understand correctly, the other two

16 panel members ranked those candidates -- they changed up

17 the "1", "2" and "3" from what you had done?

18 A. Correct.

19 Q. So why did you decide -- and you may have

20 already answered this -- but why did you decide not to

21 go with your "Number 1" candidate, who was Mr. -- who

22 what was that again?

23 A. Mr. Connor.

24 Q. Mr. Connor. Okay.

25 A. I did some reference checks on Mr. Connor,

11.03.09/JUNAID  KRESTEN COOK  EXAM/MUIR

1 talked to his previous supervisor and did not have a

2 good report on his ability to be a good Division Chief.

3 Q. Okay. And what about the "Number 2" candidate

4 that you had put as far as points?

5 A. Same thing. I -- I just -- Some questions

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

6  were raised in a reference check that indicated that,

7  you know, he probably was not the best candidate for the

8  job.

9      Q.  And did you do reference checks for the third,

10 for Mr. Hogg?

11     A.  Yes, I did.

12     Q.  And were those satisfactory?

13     A.  That was satisfactory.

14     Q.  Did you do that one yourself or did you get

15 somebody else?

16     A.  Yes, I did that.

17     Q.  And did you mention to the other two panel

18 members that you were going to end up selecting

19 Mr. Hogg?

20     A.  Yes, I did.

21     Q.  What did they think about that, if you recall?

22     A.  We got together after the interviews and

23 everybody had selected their "Top 3".  We talked about

24 the references that were made and everything and we came

25 to an agreement as a group that, overall, Mr. Hogg would

1  be the top candidate.

2      Q.  Did any of the other two panel members, did

3  they help you with the reference checks on those

4  "Top 3"?

5      A.  Yes, they did.

6      Q.  Did you do reference checks on the Complainant?

7      A.  No.

8      Q.  I would like you to look at your interview

9  notes that you took from Mr. Murphy.

10     A.  M'hmm.  (Nodded.)

Page 72

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

11    Q.   And, I'm sorry, Mr. Junaid and also from

12   Mr. Hogg.

13              Well, let me just ask you before you look

14   at those notes:  In the interviews, was there a

15   difference in who did better in the interviews between

16   Mr. Hogg and Mr. Junaid?

17    A.   It was pretty close.  Let's see.  Mr. Junaid, I

18   scored him in "interview" as 11 and Mr. Hogg had 13

19   points.  So, the higher points -- there's a two-point

20   difference.

21    Q.   I would like you to take a look at the answers

22   to question number 4, which dealt with leadership

23   skills, and I would like you to compare the answers

24   given by Mr. Junaid and the answers given by Mr. Hogg in

25   regards to question number 4.

1     A.   Okay.  The question is:  "What leadership

2    skills do you possess and how are you developing them?"

3    And let's see.  My notes from Mr. Junaid's interview was

4    he mentioned taking leadership training courses, he

5    worked with those who need help, he is looking at A.K.O.

6    leadership training.

7              And then in Mr. Hogg's response to the

8    same question, he talked about leading a team of 6 to 20

9    personnel for 11 years, recognizing and applying

10   people's skills, working on minimizing conflicts in a

11   group, how he learned every day from others.  He talked

12   about some of the books he had studied in leadership,

13   emphasized his technical background, mentioned his

14   leadership experience at Texas Instruments and how he is

15   working on flexibility as a supervisor.

Page 73

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

17  the "R" list that I just read.

18      Q.   In other words, most of the time you have a

19  cert list and then you make a selection.

20      A.   Yes.

21      Q.   In other words, the Complainant is not on both

22  of those lists.

23      A.   Correct.

24      Q.   So the Complainant is only on one list that you

25  did not make a selection from.


CALVERT REPORTING SERVICE   361.992.3398  FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427    1.800.773.0254
                                                      94
    11.03.09/JUNAID    KRESTEN COOK    EXAM/INVESTIGATOR

1      A.   That is correct.

2      Q.   So that's what I'm trying to figure out.  If we

3  are talking about this list, he is not qualified and on

4  this list; but this is the list that you made the

5  selection from.

6      A.   But I interviewed all the candidates from both

7  lists.

8      Q.   So you did a combination of both of them?

9      A.   Yes, yes.

10      Q.   Okay.  That's what I needed to know -- whether

11  or not it was a combination or if you selected from

12  one.

13      A.   No.  I interviewed eight people and there's

14  eight people on these lists combined.

15      Q.   Okay.  That's what I needed clarification on.

16      A.   Okay.

17      Q.   Because there was like six on that one and I

18  think four on that one.

19      A.   But some of them showed up on both lists.

20      Q.   Great.  That's what I needed to know.

21      A.   Two of them showed up on both lists.  I

                    Page 80

22  interviewed eight candidates.

23      Q.   Okay.  Great.

24      A.   So, I interviewed everybody from both lists.

25      Q.   Okay.  Okay.  Great.  That's what I needed to

CALVERT REPORTING SERVICE   361.992.3398  FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427      1.800.773.0254
                                                              95
          11.03.09/JUNAID     MURPHY JUNAID REBUTTAL

 1  know.  Thank you very much for that clarification.

 2      A.   Sure.

 3              THE INVESTIGATOR:  We are back to you for

 4  your rebuttal.  You've heard Mr. Cook's testimony.

 5  You've heard his reasons as to why you were not

 6  selected.  You have heard his testimony explaining your

 7  interviews versus the selectee's interviews.

 8              So, now is the time for you to tell me,

 9  after hearing all that, what is your rebuttal to his

10  testimony?

11              THE COMPLAINANT:  Well, according to his

12  testimony, he said he selected Gary Hogg.  As I said

13  before, Gary Hogg has never worked directly for the

14  Government.  He was a contractor.  He does not know

15  exactly how Government works.

16              In the job description, it listed what job

17  requirements a supervisor position was.  The job

18  description described exactly what is in Government that

19  we do as Government employees.  He has no knowledge of

20  that compared to myself or any other engineers in the

21  Engineering Division.

22              Why was he selected since he has no --

23  that knowledge?  What he is doing now is now learning

24  how Government works, which there are 14 of us who are

25  currently industrial engineers in that division who have

Page 81

000386

JUNAID v DEPT of ARMY
ARCCAD08JUL02824
EEO Investigation Case File
11039CCAD

3  Let's go on, then, and let me find out who is our next

4  witness. Everybody just stay right where you are at and

5  let me go get -- hopefully, the next witness is outside

6  and we will get on to the next one.

7           Oh. We will excuse Mr. Cook. Mr. Cook, I

8  will ask you to not talk openly, obviously, about the

9  proceedings and only on an "as need to know" basis,

10  please.

11          (Mr. Cook exited the room at 11:17 a.m.;

12  after which, there was a brief pause from 11:17 a.m. -

13  11:25 a.m.)

14          THE INVESTIGATOR: We will go back on the

15  record. It is 11:25 and we have been joined in the room

16  by Mr. Salinas, Mr. Luis Salinas.

17          MR. SALINAS: Yes, ma'am

18          THE INVESTIGATOR: And then all the other

19  participants are in the room.

20          Mr. Salinas, I will ask for you, please,

21  to raise your right hand.

22          (Witness was duly sworn.)

23          THE INVESTIGATOR: And, Mr. Salinas, let

24  me ask you: Have you had the chance and opportunity to

25  read the Privacy Act?

1           MR. SALINAS: Yes, ma'am.

2           THE INVESTIGATOR: Do you have any

3  questions about that, sir?

4           MR. SALINAS: No, ma'am.

5           THE INVESTIGATOR: Do you understand that

6  your testimony here today will be a matter of the

7  record?

Page 83

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

8        MR. SALINAS: Yes.

9                LUIS HUMBERTO SALINAS,

10   the witness, having been duly sworn, testified as

11   follows:

12                E X A M I N A T I O N

13   BY THE INVESTIGATOR:

14        Q.   I will ask you to state your full name and

15   spell your last name, please, for the record.

16        A.   My name is Luis Humberto Salinas,

17   S-A-L-I-N-A-S.

18        Q.   Okay.  And what is your current position title?

19        A.   I am Chief of Facilities Engineering Division.

20        Q.   Okay.  And what is your job, series and grade?

21        A.   I think it is an 800 series, but it's now a

22   YF-02 is my grade.

23        Q.   And how long have you held your current

24   position?

25        A.   Since November of 2005.


     CALVERT REPORTING SERVICE   361.992.3398  FAX: 992.4247
     POB 271558, CORPUS CHRISTI, TX 78427     1.800.773.0254
                                                         99
     11.03.09/JUNAID    LUIS SALINAS    EXAM/INVESTIGATOR

1         Q.   And what organization do you work in?

2         A.   Facilities Engineering under the Director of

3    Engineering Services.

4         Q.   Okay.  At Corpus Christi --

5         A.   Corpus Christi Army Depot.

6         Q.   -- Army Depot.  Okay.  Thank you.

7                  And how long have you been a Government

8    employee?

9         A.   For 32 years.

10        Q.   Oh, wow.  Good.  Good for you.

11                  (Laughter.)

12        Q.   And who is your current first level supervisor?

Page 84

JUNAID v DEPT of ARMY
ARCCAD08JUL02824
EEO Investigation Case File
11039CCAD

1              MR. SALINAS:  Okay.

2              THE INVESTIGATOR:  Okay?  Thank you, sir,

3  very much.

4              MR. SALINAS:  Thank you.

5              THE INVESTIGATOR:  And we will get our

6  next participant, so everybody kind of stay put unless--

7  do you all need to take a break?

8              MR. MUIR:  No.

9              THE INVESTIGATOR:  Great.

10             (Mr. Salinas exited the room and

11 Mr. Gonzalez entered.)

12             THE INVESTIGATOR:  Mrs. Beckett, are you

13 still with us?

14             MS. BECKETT:  I am still here.

15             THE INVESTIGATOR:  Okay.  Mrs. Beckett, in

16 the room -- and we are back on the record.  It is 12:00

17 o'clock noon, if I can see the clock correctly.  Okay.

18 We have been joined by Mr. Marc Gonzalez.

19             Mr. Gonzalez, I will ask you, please, to

20 raise your right hand.

21             (Witness sworn.)

22             THE INVESTIGATOR:  Mr. Gonzalez, I

23 apologize.  Have you met everybody in the room?

24             THE WITNESS:  I have.

25             MS. BECKETT:  Well, I'm counsel for

CALVERT REPORTING SERVICE   361.992.3398  FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427     1.800.773.0254
                                                            118
    11.03.09/JUNAID    MARC GONZALEZ   EXAM/INVESTIGATOR

1  Mr. Junaid.  Amy Beckett here from Washington.

2              THE WITNESS:  Hello.

3              MARC ANTHONY GONZALEZ,

4  the witness, having been duly sworn, testified as

5  follows:

Page 100

**000405**

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

6          E X A M I N A T I O N

7    BY THE INVESTIGATOR:

8        Q.    I will ask you to state your full name and

9    spell your last name for the record, please.

10       A.    It's Marc Anthony Gonzalez.  First name is

11   M-A-R-C.  A lot of people get that confused.  And

12   "Gonzalez" is G-O-N-Z-A-L-E-Z.

13       Q.    Okay.  And you've had an opportunity to read

14   the Privacy Act statement?

15       A.    Yes, ma'am.

16       Q.    Do you have any questions about that?

17       A.    I do not.

18       Q.    Okay.  Then what is your current position

19   title?

20       A.    I'm Division Chief of Equipment Engineering and

21   Maintenance Division.

22       Q.    Okay.  And what is your job series and grade?

23       A.    I am a YC-2 and the series is a 340 - Program

24   Manager.

25       Q.    Okay.  And who either hired or promoted you to

1    your current position?

2        A.    I was hired by Kresten Cook approximately 19

3    months ago.

4        Q.    And how long have you, well, held your current

5    position?  I'm assuming 19 months ago.

6        A.    Yes, ma'am.  Yes.

7        Q.    And the organization that you work in?

8        A.    In the Director of Engineering Services for

9    CCAD.

10       Q.    And how long have you been a Federal Government

Page 101

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

23  selections such as the one at issue?

24      A.   I'm in charge of taking in all resumes.  In

25  this particular case, there was two types of referrals

CALVERT REPORTING SERVICE   361.992.3398   FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427      1.800.773.0254
                                                        136
    11.03.09/JUNAID     SAMMY MONREAL     EXAM/INVESTIGATOR

1   wanting.  There is what we call a "Merit Internal List"

2   and also an external list which we call "Delegated

3   Examining Unit" or D.E.U.  Okay?  The "Merit List"

4   comprises basically of employees who have some type of

5   status, whether it be a Federal employee or a Vet.  The

6   D.E.U. is open to all U.S. citizens.  And both of them

7   were issued in this particular case.

8       Q.   And then we are going to get into the specific

9   announcements on this and the numbers and when it was

10  posted and those kinds of issues in just a moment, too.

11  But explain to me or describe your involvement.

12      A.   When I take in the resumes, for example, on a

13  Merit List, basically we review all the resumes, but

14  they first have to go through a screening process.  The

15  manager has identified skills he would like this

16  position to have and they are compared against those

17  skills electronically.  Once those skills have been

18  identified, the system basically provides me in

19  chronological order, the highest to the lowest, the ones

20  who are rated best qualified for the job based on the

21  number of skill matches they have.  And then I go

22  through those listings and review the resumes physically

23  myself to make sure they have those skills, and then I

24  make the determination of how many to refer to the

25  Manager.

CALVERT REPORTING SERVICE   361.992.3398   FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427      1.800.773.0254
                    Page 116

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

137

11.03.09/JUNAID      SAMMY MONREAL      EXAM/INVESTIGATOR

1    Q.   And was this action at issue, in other words,
2  the selection, was it handled any differently than the
3  norm?
4    A.   No, ma'am.
5    Q.   At the time of your involvement, were you aware
6  of the Complainant's race?
7    A.   No, ma'am.
8    Q.   Were you aware of the Complainant's color?
9    A.   No, ma'am.
10   Q.   Were you aware of his age?
11   A.   No, ma'am.
12   Q.   Were you aware of his national origin?
13   A.   No, ma'am.
14   Q.   When did you become aware of his race?
15   A.   I really don't make it a point to see what the
16 race is; but I do have a list, when I do the referral,
17 it tells you how many male and how many female were
18 referred, and, also, I believe it says how many
19 Hispanics and Blacks.  I think it breaks even down to
20 that at that point.  And I don't remember the specifics
21 on that because I really don't -- I just try to make
22 sure I match the number.  If I refer 15, I want to make
23 sure I have 15 on the list.  I don't go any further than
24 that as far as --
25   Q.   So, outside of today, have you ever met the

CALVERT REPORTING SERVICE   361.992.3398  FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427    1.800.773.0254
138
11.03.09/JUNAID      SAMMY MONREAL      EXAM/INVESTIGATOR

1  Complainant before?
2    A.   No, ma'am; I have not.
3    Q.   Oh.  This is the first time that you have ever

Page 117

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File
11039CCAD

4   met him before --

5       A.   Yes.

6       Q.   -- or seen him?

7       A.   Yes.

8       Q.   Okay.  I've got to ask this.  This seems kind

9   of silly, but I've got to ask this.  Did you consider

10  the Complainant's race, color, age or national origin

11  with respect to your involvement in the action at issue?

12      A.   No.

13      Q.   Did you discriminate against the Complainant

14  based on his race, color, age or national origin?

15      A.   No.

16      Q.   Did you have any discussions with the

17  management officials involved concerning the action at

18  issue?

19      A.   No.

20      Q.   To your knowledge, did the management officials

21  involve all appropriate regulatory guidelines and

22  directives with respect to the action at issue?

23      A.   Yes, ma'am.

24      Q.   What were these regulatory guidelines and

25  directives in filling this position?

CALVERT REPORTING SERVICE   361.992.3398   FAX: 992.4247
POB 271558, CORPUS CHRISTI, TX 78427       1.800.773.0254
                                                        139
11.03.09/JUNAID   SAMMY MONREAL   EXAM/INVESTIGATOR

1       A.   Our merit system protection -- merit system is

2   actually what they are, based on their KSA's, their

3   knowledge, skills and ability.

4       Q.   So the Army does not have their own regulations

5   regarding fulfillment of positions like this -- or do

6   they?

7       A.   We have our own merit principles, yes.

8       Q.   Oh, okay.

Page 118