Interview for the Chief of the Industrial Engineering Division.

This interview along with your resume will be taken into consideration for the selection.

Four questions.  20 minutes to answer them.

I will ask the question once and will repeat the question if you request me to.

*QUESTION*

1.  Describe a project you have led which had a major impact on the mission of the organization (CCAD)
*WHAT AM I DOING IN HR INTERVIEW*
Looking here for ownership and pride, good work ethic, a successful project of significance, recognition from others, the ability to think quickly, and an understanding of CCAD's missions.

2.  Describe a significant project you have worked on which required coordination across a variety of different areas.

Looking here to see if the candidate even understands the concept of coordination across a lot of functional players, project of depth/breadth.

3.  Describe a team effort where the team you were a member of was faced with adversity.  Explain how the adversity was overcome and the results of the team effort.
The secret word here is team.   Looking for how adversity was overcome as a group, not individual accomplishment.   Looking for "seeking first to understand" and valuing  others' experience and expertise (diversity).

4 . What leadership skills do you possess and how are you developing them further?
Looking for knowledge of leadership,  candid (not overconfident) self-evaluation, self-initiative/responsibility, pursuit of knowledge, willingness to grow (sharpen the saw) .

Thank you for your time

**000165**
000185

EXHIBIT K

JUNAID v DEPT of ARMY
ARCCAD08JUL02624
EEO Investigation Case File

**Interview for the Chief of the Industrial Engineering Division.**

**This interview along with your resume will be taken into consideration for the selection.**

*[handwritten: EDUCATION (4)  NO EDUCATION INDICATED SINCE 1984 (-)  CCAD EXPERIENCE (4)  PROJECTS LISTED BUT IMPACT/RESULTS (only a success) MISSING (-)]*

**Four questions. 20 minutes to answer them.**

**I will ask the question once and will repeat the question if you request me to.**

1. **Describe a project you have led which had a major impact on the mission of the organization (CCAD)**
Looking here for ownership and pride, good work ethic, a successful project of significance, recognition from others, the ability to think quickly, and an understanding of CCAD's missions. *[handwritten: SHOT PEENING, FL PIT EA, + IMPACT TO CCAD MISSION? HOW? -]*

2. **Describe a significant project you have worked on which required coordination across a variety of different areas.**

Looking here to see if the candidate even understands the concept of coordination across a lot of functional players, project of depth/breadth. *[handwritten: SHOT PEEN WORKED WITH QUALITY STAFF +  DEFINED GOAL/OBJECTIVES +  HOW COORDINATED? -  DEPTH/BREADTH? -]*

3. **Describe a team effort where the team you were a member of was faced with adversity. Explain how the adversity was overcome and the results of the team effort.**
The secret word here is team. Looking for how adversity was overcome as a group, not individual accomplishment. Looking for "seeking first to understand" and valuing others' experience and expertise (diversity). *[handwritten: SHOT PEEN QUALITY CHALLENGE B NOZZLES REPLMT. +  MANUAL → AUTOMATION  VALUING OTHERS EXP? -  TEAMWORK NOT MENTIONED -]*

4. **What leadership skills do you possess and how are you developing them further?**
Looking for knowledge of leadership, candid (not overconfident) self-evaluation, self-initiative/responsibility, pursuit of knowledge, willingness to grow (sharpen the saw). *[handwritten: MENTIONED LEADERSHIP TRAINING CLASSES  MENTIONED AKO LEADERSHIP  NO EVALUATION OF SELF/PLAN -  NO LEADERSHIP SKILLS MENTIONED -]*

**Thank you for your time**

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

## Sandoval-Flores, Maggie CIV USA AMC

| | |
|---|---|
| **Subject:** | Interviews - IED Chief |
| **iart:** | Thu 5/28/2009 7:00 AM |
| **End:** | Thu 5/28/2009 1:30 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Required Attendees:** | Cook, Kresten Mr CIV USA AMC; Gonzalez, Marc A Mr CIV USA AMC; Salinas, Luis H Mr CIV USA AMC |
| **Optional Attendees:** | Sandoval-Flores, Maggie CIV USA AMC |

Interviews for Industrial Engineering Division Chief are set up as follows:

1. 0700 - Steven Connor (phone interview - Japan)
2. 0730 - Ron Brychta
3. 0800 - Ken Norman
4. 0830 - Mel Avila
   0900 - 0930 Break for the interviewers
5. 0930 - Gary Hogg
6. 1000 - Ed Cooper
7. 1030 - Murphy Junaid
   1100 - 1200 Lunch break
8. 1200 - Jaimie Lee

I will provide copies of resumes to each of you so that you may review before Thursday.

Maggie
5/13/09 1430

JUNAID v DEPT of ARMY
RCCAD09JUL02824
EEO Investigation Case

**Interviewee:**

1. **Describe a project you have led which had a major impact on the mission of
   the organization (CCAD)**

   CAME 7 YEARS AGO
   STOP PEB- EO COOPER
   FC PT - ECONOMIC ANALYSIS $40M    10M AWARD
   SHUT FEEING MACHE
   SHOT PEB EQIPMT / NOT WORKING — PRODUCTV DOUBLED,

   SHOT PE~

2. **Describe a significant project you have worked on which required
   coordination across a variety of different areas.**

   · SHOP PEB NEW MATERIALS EVALUATION
   · WORKED WITH ← QUALIFY
                    STAFF SUPERVISOR

   · DISCUSS GOALS/ OBJECTIVES. — COME E UP WITH SOFT RUN

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

**3. Describe a team effort where the team you were a member of was faced with adversity. Explain how the adversity was overcome and the results of the team effort.**

Shot Peen Effect.

Joel Aguilar / Elave Limpet ~ 8 Manual Nozzle Requirement

Wbt to Automatic.

8 Nozzle Quint Rosotic ~

**4. What leadership skills do you possess and how are you developing them further?**

Leadership Training Course.

Worked with those who need help.

Do not impose your ideas.

Looking at AKO Leadership Training. —

to Plan —

**000213**
000233

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

**Interviewee:** GARY N.

1. **Describe a project you have led which had a major impact on the mission of the organization (CCAD)**

MULTI PHASE CIP.    REJECT RATE 50%
SUPPORTED CIP E.A.'s    NOW ~ 0% REJECT.
CIP PROJECT = 20

2. **Describe a significant project you have worked on which required coordination across a variety of different areas.**

BULONS B REPLACEMENT
DCRF.    WORKED WITH COIL NEW FAC/ISO/
DONE ALMOST ALL OF CIP COORDINATE PLANNING
TIMELINES SCHEDULES / EH SUPPORT.
SAFETY/ ENVIRONMENTAL
INTERNAL — TOM OWEN —

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

3. **Describe a team effort where the team you were a member of was faced with adversity. Explain how the adversity was overcome and the results of the team effort.**

UH-60 Line   HGR 47   Avim Assessment, Pulled WSR,
Production Control vs Production Conflict.
Worked to improve Production.

Design was Implemented → Not Complete
Resistance in form of BH Support. — Still ~ work.

4. **What leadership skills do you possess and how are you developing them further?**

Organize
Led a Team for 11 years → 6-20 Personnel
Recognizing & Applying People Skills
Minimizing Conflict
Everybody Learning — From Others —
Read Books
Strong Technical Background.
Every Leadership Start at Tex Instruments
Work on Flexibility.

000215
000235

Interview for the Chief of the Industrial Engineering Division.

This interview along with your resume will be taken into consideration for the selection.

Four questions.  20 minutes to answer them.

I will ask the question once and will repeat the question if you request me to.

1. Describe a project you have led which had a major impact on the mission of the organization (CCAD)
Looking here for ownership and pride, good work ethic, a successful project of significance, recognition from others, the ability to think quickly, and an understanding of CCAD's missions.

2. Describe a significant project you have worked on which required coordination across a variety of different areas.

Looking here to see if the candidate even understands the concept of coordination across a lot of functional players, project of depth/breadth.

3. Describe a team effort where the team you were a member of was faced with adversity.  Explain how the adversity was overcome and the results of the team effort.
The secret word here is team.  Looking for how adversity was overcome as a group, not individual accomplishment.   Looking for "seeking first to understand" and valuing others' experience and expertise (diversity).

4 . What leadership skills do you possess and how are you developing them further?
Looking for knowledge of leadership,  candid (not overconfident) self-evaluation, self-initiative/responsibility, pursuit of knowledge, willingness to grow (sharpen the saw) .

Thank you for your time

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

Gonzalez

**Production Machinery Mechanic Supervisor**
**WS-5350-11**

| NAMES / QUESTIONS | 1 MISSION IMPACT | 2 CROSS COORD | 3 ADVERSITY | 4 LEADERSHIP SKILLS | POINTS TOTAL |
|---|---|---|---|---|---|
| STEVE CONNOR | 8 | 8 | 8 | 9 | 33 |
| RON BRYCHTA | 9 | 9 | 9 | 9 | 36 |
| KEN NORMAN | 8 | 7 | 7 | 7 | 29 |
| MEL AVILA | 7 | 7 | 7 | 7 | 28 |
| GARY HODGE | 9 | 8 | 8 | 9 | 34 |
| ED COOPER | 7 | 7 | 6 | 6 | 26 |
| MURPHY JUNAID | 7 | 7 | 7 | 6 | 27 |
| JAMIE LEE | 8 | 8 | 7 | 7 | 31 |
| MAX AWARD TOTAL | 10 | 10 | 10 | 10 | 40 |

| NAMES / RESUME | 1 EDUCATION | 2 ENGINEERING EXPER | 3 RECENT LEADERSHIP TRAINING EXPER | 4 SUPERVISORY EXPER | POINTS TOTAL |
|---|---|---|---|---|---|
| STEVE CONNOR | 8 | 8 | 8 | 8 | 32 |
| RON BRYCHTA | 9 | 9 | 9 | 9 | 36 |
| KEN NORMAN | 10 | | | | 34 |
| MEL AVILA | 7 | 7 | 7 | 7 | 30 |
| GARY HODGE | 10 | 10 | | | |
| ED COOPER | 7 | 9 | 7 | 7 | 30 |
| MURPHY JUNAID | 9 | 9 | 7 | 7 | 32 |
| JAMIE LEE | 10 | 10 | 8 | 7 | 35 |
| MAX AWARD TOTAL | 10 | 10 | 10 | 10 | 40 |

000218   000238   JUNAID - DEPT. OF ARMY   ARRC070000028624   EEO Complaint Case File

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

L029 –

Interviewee: *Murray Junaid*

**1. Describe a project you have led which had a major impact on the mission of the organization (CCAD)**

7 yrs ago – Cooper was *over seeing* $10M – he *proffed* EA for $10M

EA – for Shot Peen – $4/M

Enclosed NDT Area for $1M

Doubled production?

Shot peen still waiting for *Ammun Results*

**2. Describe a significant project you have worked on which required coordination across a variety of different areas.**

Shot peen – worked w/ Mat. Engineer, Quality Engi. & Shop Supervisor,
Everyone had an input. To come up w/ best idea.

**000219**
000239

**3. Describe a team effort where the team you were a member of was faced with adversity. Explain how the adversity was overcome and the results of the team effort.**

Shot peen. QC supern. & Mat Eng. Supern. suggested 8 nozzel Machine -- went to PA. Confrence call w/ Progressive to get Robotics. Every shot peen Machine has 8 nozzel.

No discription of Adreesing.??

**4. What leadership skills do you possess and how are you developing them further?**

- Since he was in school he took leadership classes.

has worked w/ people who can't supervise. Should not do that.
supervisor should not tell the people what to do should ask Employees for help.

AKD Leadership training - & looks for classes by F.

Interviewee: Gary Hoog

1. **Describe a project you have led which had a major impact on the mission of the organization (CCAD)**

   CIP. muli-phase going back $4.5M.

   started @ $4 $0M

   EAs 50% pass

   Now @ approx $20M

   EAs No reports

   still sees flaws but can work them

   he knows his facts.

2. **Describe a significant project you have worked on which required coordination across a variety of different areas.**

   BLDG 8 replacement   DCRF - extensively reviewed w/ customer, Corps

   Done most of CIP for DCRF - ?? not T/Cs.

   Constantly providing support to CCAD.

   safety, env, prod. shops, internal coord. too.

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

**3.** **Describe a team effort where the team you were a member of was faced with adversity. Explain how the adversity was overcome and the results of the team effort.**

has not encontred lots of resist,

UH-60 line Assesment . Avim project for better support on Assy line.
*& Production
PCs, Resistance & P Developed comm between the two shops.

still have issues w/ PCs.

Funding is also resistance from Front office.

Sow still new.

**4.** **What leadership skills do you possess and how are you developing them further?**

- Very organized
- led a team his whole carrer.
- now about 10 people
- recognizes peoples skills
- minimizes conflict

- improves every day
   reading & experience

+ very strong tech background
   - aerospace
+ w/ supervisory tasks

understands/know his weakness

**000222**
000242

JUNAID v DEPT of ARMY
ARCCAD08JUL02824
EEO Investigation Case File

Salinas

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

## Chief, Industrial Engineering Division Interviews
### 28 May 2009

Subject: Candidate Ranking/Scores

Discussion:

Mr. Cook,

After review all of the material presented, I find the order of ranking to be as follows:

| Candidate | Score (Based on a 5 point system) |
|---|---|
| 1) Ms. Eunjin (Jaime) Lee - | 3.2 |
| 2) Ron Brychta - | 3.2 |
| 3) Gary Hogg - | 3.0 |
| 4) Steven Connor | 3.0 |

Rationale: I rated each candidate's response to our questions on a scale of 1 to 5 with five being the highest score. I then added the four scores and divided by five to obtain an average score. Ron Brychta and Jaime had the highest scores on my score card. So either one of them would be my first preference. I listed Jaime first because her background is Industrial Engineering and she has a strong command of the tools used by an Industrial Engineering. She was a breath of fresh air and she emulates what I believe Industrial Engineering should be doing. I think she could steer/grow the organization in the right direction. Gary came in a close second and he has a similar background as Jaime. Steven Connor was in the hunt until I contacted Pat C. He advised that we stay away from this candidate. He creates trouble and getting him to finish anything is a chore. Your call on him. Hope this is what you were looking for. I'll give you the resumes and notes in the morning.  Luis



JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

*Gary Hogg*

$$15/4 = \frac{15.0}{3.75}$$

**Interviewee:**

**1. Describe a project you have led which had a major impact on the mission of the organization (CCAD)**

Ownership & Pride - 3
Good WK Ethic - 3
Significant Project - 4
Recognition from others - 3
Ability to Think Quickly - 3
Understanding CCADs Mission - 3

CIP planning sbt. Qwds ave 5-6M w/ 50% rejection rate. Now $20M w/ 0% rejection rate. I see flaws but they're correctable

**2. Describe a significant project you have worked on which required coordination across a variety of different areas.**

Understand concept of coordination? - 4

Project Depth / Breadth . - 4

Dynamic components project involving COE. Will involve major moves in Test Cells + Pdn Spt. Dealing w/ safety, Env, Pdn shops. Key decision making regd.

**000225**

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

③

**3. Describe a team effort where the team you were a member of was faced with adversity. Explain how the adversity was overcome and the results of the team effort.**

Team Work - 4

Overcoming adversity as a group - 3

Seeking 1st to Understand - 3

Valuing others - 3

Haven't encountered too much resistence. Developed an AVIM project where PC wanted to taken on certain responsibilities presenting resistence.

④

**4. What leadership skills do you possess and how are you developing them further?**

Knowledge of leadership - 3

Self Evaluation / Self Initiative - 4

Persuit of Knowledge - 1

Sharpen the Saw - 1

Very Organized. Been @ CCAD 11 yrs. Recog peoples skills. strong @ Knowing peoples strengths. My growth comes from daily experiences.

**000226**
000246

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

Gary L Hogg Jr
15357 Sabre Dr.
Corpus Christi, TX 78418
USA

ail;gary.hogg@att.net
Home; 1 - (361) - 9491568
Work; 1 - (361) - 5480989
DSN; (361) - 8616737

Work Experience
Knowledge Based Systems (01/17/2000 - Present) - Senior Systems Analyst and Project Manager
College Station, Texas  United States
Supervisor; Richard J. Mayer - 979-260-5274; Contact; No
Salary; $116,004.00 per year
Hours per week; 40

Duties; In my current position I work as a Senior Systems Analyst and Project Manager with direct engineering consulting and contract support to the Industrial Engineering Division, Directorate of Engineering Services, Corpus Christi Army Depot (CCAD). In my position of Project Manager I have nine (9) years of direct supervisory experience, and supervise a team of engineers, technicians, and technical experts from many differing fields in completion of task order contracts. I have supervised in excess of 20 direct personnel at times during my tenure with KBSI, and have managed in excess of six (6) concurrent task orders at given times. In my role as a senior analyst I have participated, conducted, and directed tasks that have included management of current and long range planning activities for support of aviation maintenance, repair, and overhaul (MRO) activities, including development of detailed preproduction models for the efficient and economical manufacture, assembly and testing operations supporting existing and planned work loads. I have completed tasks that require the development of specific plans, coordination activities, and accomplished industrial engineering studies with computer aided design systems relating to methods of operation, safety, production problems, facilities requirements, and equipment requirements, both at an equipment and system / facility level, as well as for both evaluation of new systems or product-improved systems for both components and aircraft. I have supported several litary Construction Army (MCA) efforts through development of initial facilities .signs, development of specific system structures, and acted as a reviewer for A&E processes from initial design through 100% plans, including review and editing of facilities engineering and military construction plans. I have supported the development and recommendations for the CCAD modernization plan, most specifically related to machine, process, and component production shops. I have complete several cost-benefit analyses used in bid preparation for new workloads to justify establishment of new product support, and to assure competitiveness with private sector contract sources and other DoD agencies. I have 10 years of experience with CCAD and its operations that will allow me to coordinate and complete command review. Specific tasks that I have completed in this position have included analysis of capacity and capability to meet workload requirements in determination acceptance of additional workload bids by CCAD as well as current workload requirements; equipment and process assessments for workload requirements; completed development, oversight, monitoring, and directing implementation of modernization planning for process capabilities that have included facilities layout, plant design and location, and specific selection of industrial processes for process and production equipment. Through my training and experiences as an Industrial Engineer I have worked in major roles for design, cost estimation, process and equipment specification, and coordination of building, system installation, and occupancy for military construction projects. In support of production operations and construction projects I have developed and utilized significant preproduction and production mathematical models using standard engineering analytical methods as well as discrete event simulation modeling. One of my significant duties under contract to CCAD, is to develop and support advanced planning and forecasting of Capital Improvement / Investment Projects (CIP) as well as equipment procurement through development of economic analyses, equipment and system specifications for detailing procurement packages. This aspect of my work entails detailed planning, design, analysis, understanding of materials, process improvement activities, installation coordination, and direct improvements to integrated systems and equipment.

In addition to a strong understanding of the dynamics of a MRO facility and it activities, I have a broad range of industrial engineering skills I have applied in my :k with KBSI, as well as prior positions. I have a strong grasp of theory and .plication of many scientific and mathematical methods, which include; engineering analysis, studies, and findings related to manufacturing personnel, materials, equipment, facilities, processes, organizations, as well as human interactions which suit systems. I have completed manpower, equipment, and system capacity and capabilities analysis; development of logistical strategies and material control and management practices. I

000227
000247

also routinely use operation research and management science practices that include ; discrete-event simulation, continuous process simulation, linear programming, dynamic programming, integer programming, interior point methods, static and dynamic loading, statistical analysis and sampling, statistical process control, quality assessment, ·ality control and quality assurance strategies, military specification (MilSpec) .ality sampling plans. I also frequently utilize capability to complete process and facilities level design work, such as factory and facilities layout and design, Computer Aided Design (CAD), process relational assessments, layout assessment, and facilities simulation. I have a strong background in manufacturing systems designs and techniques such as group technology, line balancing, just-in-time, TPS, pull strategies, Kanban structures and strategies, constant WIP ( Con-WIP ) structures, factory physics, Theory of Constraints, buffer sizing and management strategies.

I have ten (10) years of experience with DoD depot MRO activities throughout several US Army and Air Force facilities that gives me a strong background to conduct the job requirements for supervision of industrial engineering support of CCAD operations as well as to serve as a consultant to CCAD higher level management and to assist with the current and future task of modernization of CCAD depot operations.

Texas A&M University (01/15/1990 - 12/30/1998) - Graduate Teaching Assistant
College Station, Texas  United States
Supervisor; Don T Phillips - 979-845-5476 ; Contact; No
Salary; $1,600.00 per month
Hours per week; 20

Duties; Lecturer with full class responsibilities for Simulation and OR courses including; Simulation, Production Management, Operations Research, Engineering Economics, and Stochastic Processes

Texas A&M University (09/01/1994 - 12/30/1996) - Graduate Research Assistant
College Station, Texas  United States
Supervisor; Don T Phillips - 979-845-5476; Contact; No
ªalary; $1,600.00 per month
 ·urs per week; 20

Duties; Conducted and directed research activities in pursuit of a PhD and in support of my advisors research activities in areas such as queuing analysis and cost modeling of semiconductor wafer fabrication processes for Sematech Corp. in Austin, Texas. Conducting the research activities for this position required the development and use of sophisticated production and cost models using static analysis and discrete-event simulation; document of research results; preparing formal finding presentations and project status reviews to corporate managers and academic peers; and publication of research work in trade technical journals and presentation at professional conferences.

Gary Hogg Jr. Consulting Services (08/01/1990 - 05/25/1992) - Independent Consultant
Varied, Texas  United States
Supervisor; Gary Hogg Jr. - 361-548-0989; Contact; Yes
Salary; $25.00 per hour
Hours per week; 16

Duties; I worked as an independent consultant supporting work for various Texas professional engineers. Several of the clients I completed engineering task for include;

Chrysler Aerospace Technologies (Waco, Tx 1993-94), developed simulation and analytical models for determination of manpower requirements, as well as delivery schedules for a military aircraft (P-3 Orion) refurbishment program.

Research Equipment Co. (Bryan, Tx 1992), assisted in the development of optimization models for metal fabrication processes for lab and storage equipment.

Speed Shore Inc. (Houston, Tx 1991), performed flow analysis and design of a production facility for consideration of both expansion of an existing facility and possible construction of a new production facility.

·Tracor, Inc. (Austin, Tx 1990), developed a large-scale simulation model of the Tracor   ·oduction facility for military aircraft defensive chaff and flare systems.

Lodestone Consulting (08/20/1985 - 12/10/1986) - Engineering Technician
College Station, Texas  United States
Supervisor; Michael Handworker - Deceased; Contact; No
Salary; $10.00 per hour

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

Hours per week; 10
Duties; I completed work in IDEF modeling of Army depot MRO operations for heavy truck and jeep refurbishment. Other tasks I was assigned included building small scale linear program models and discrete-event simulations for various small local area manufacturer d their processes.

Texas Instruments (01/05/1987 - 12/21/1988) - Engineering Intern (Texas A&M Co-op position)
McKinney, Texas  United States
Supervisor; Don Boliver - Unknown; Contact; Yes
Salary; $14.00 per hour
Hours per week; 40

Duties; Provided engineering support through facilities design and shop layout tasks with Computer-Aided Design (CAD) and capacity and facility assessment; method development and production of assembly instruction (AI) documents; developed kitting structures to support electronic system manufacturing; supervised and oversaw the daily deployment of a team of three technicians that collected methods data and practices for advanced aircraft electronics systems production.

Education
College/University
Texas A&M University (08/15/1984- 01/15/1990)
College Station, Texas
United States
Degree; BS IE - Major; Industrial Engineering
GPA; 3.30 Semester Hours; 132

College/University
Texas A&M University (08/15/1989- 01/15/1992)
College Station, Texas
United States
Degree; MS IE - Major; Industrial Engineering
GPA; 3.52 Semester Hours; 63

Description; Major Course Work included the following;
 en-206 Computer Applications 3 Hours
 en-303 Engineering Economic Analysis 3
Inen-304 Work Methods & Measurement 3
Inen-314 Statistical Control of Quality 3
Inen-315 Production Control Systems 3
Inen-412 Labor & Industry 3
Inen-416 Facility Location & Material Handling 3
Inen-420 Intro to Operations Research 3
Inen-421 Operations Research II 3
Inen-422 Systems Simulation 3
Inen-430 Human Factors & Ergonomics 3
Inen-454 Manufacturing Systems Planning Control 3
Inen-602 Assurance Sciences 3
Inen-618 Stochastic Processes 3
Inen-622 Applied Linear Programming 3
Inen-623 Non-Linear & Dynamic Programming 3
Inen-624 Applied Distribution & Queuing Theory 3
Inen-625 Simulation Methods & Applications 3
Inen-629 Engineering Optimization 3
Inen-653 Robotic Applications in Batch Manufacturing 3
Inen-661 Network Based Planning & Scheduling 3
Inen-664 Principles of Scheduling 3
Inen-689 Markov Decision Processes 3
Inen-689 Queuing Networks 3
Inen-689 Systems Simulation 3
Cven-205 Engineering Mechanics of Materials 3
Elen-306 Electrical Circuits & Instruments 4
Endg-106 Engineering Design Graphics 2
Engl-301 Technical Writing 3
Entc-200 Intro to Manufacturing Processes 3
Math-253 Engineering Math III 4
Math-409 Advanced Calculus I 3
 h-410 Advanced Calculus II 3
 .ch-411 Math Probability 3
Meen-211 Statics & Dynamics 4
Meen-327 Thermodynamics 3
Meen-341 Engineering Materials 3
Phys-207 General Physics for Engineers 3

**000229**
000249

Stat-221 Engineering Statistics 4
Stat-610 Theory of Statistics I 3
Syen-601 Systems Engineering 3

'ditional Information
 ditional Education
Coursework toward PhD in Industrial Engineering (01/15/1992)
27 Hours Coursework completed toward requirements for PhD in Industrial Engineering.

Additional Education
Research work for PhD in Industrial Engineering (01/15/1992)
89 Hours Research - completed all course work and all requirements for PhD except
dissertation and dissertation defense

Certification
Texas Engineer in Training #ET-20354 (01/01/1995)
Completed the Fundamentals of Engineering Exam with a score in excess of 90%

Award
Westinghouse Association Fellowship  (09/01/1989)
Award to only two students across the US in 1989

Award
Gilbreth Memorial Fellowship (09/01/1990)
Academic Fellowship awarded through the Institute of Industrial Engineers

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

Junaid Murphy

9/8 = 1.8
4

2.25

**Interviewee:**

③  1. Describe a project you have led which had a major impact on the mission of
the organization (CCAD)

Ownership & Pride - 3
Good Wk Ethic - 0
Significant Project - 3
Recognition from others - 0
ability to Think Quickly - 3
Understanding CCADs Mission - 0

Seven years ago Acquired Ed Cooper w/ Shot Peen machine
acquisition for NDT Shop area. Total cost = $5M, all of
which doubled/tripled production.

①  2. Describe a significant project you have worked on which required
coordination across a variety of different areas.

understand concept of coordination?

Project Depth/Breadth.

Worked the Shot Peen project w/ customers. Held coord
mtgs to develop ideas for the functionality and
use involving Engrs and users.

**000231**
000251

(2)

**3. Describe a team effort where the team you were a member of was faced with adversity. Explain how the adversity was overcome and the results of the team effort.**

Team Work - 2

Overcoming adversity as a group - 3

Seeking 1st to Understand - 3

Valuing others - 2

In shot Peen area, mr aquilar & ms Lambert wanted en 8 nozzle machine. We have to tailer our equipment Compatable w/ our partners. A recommendation to combine the 8 nozzle machine w/ robotic technology.

(3)

**4. What leadership skills do you possess and how are you developing them further?**

Knowledge of leadership -3

Self Evaluation / Self Initiative -3

Persuit of Knowledge -3

Sharpen the Saw - 2

I took Leadership courses in school. I help people who need help. I bring suggested ideas to a group and ask for input. I also go to (AKO) website & look for training that involves leadership.

**000232**
000252

JUNAID v DEPT of ARMY
ARCCAD09JUL02824
EEO Investigation Case File

 # Referral List Candidate Selection

Date: **6/30/2009**      Manager: **KRESTEN.COOK (Kresten.cook@us.army.mil)**

**SUPV INDUSTRIAL ENGINEER, YF - 0896 - 2**

Ref. List #:       **WTAA09241338DR**

Reason:

Interview/supervisory expereince/qualifications to perform job duties

Note:

—

**000056**
000076

Date: 6/30/2009 Manager: KRESTEN.COOK (Kresten.cook@us.army.mil)
**SUPV INDUSTRIAL ENGINEER, YF - 0896 - 2**
Ref. List #: WTAA09241338DR

**Manager Selection Results**

| | |
|---|---|
| Brychta, Ron (7912387) | Not Selected |
| Norman, Kenneth (2923670) | Not Selected |
| Lee, Eunjin (2174042) | Not Selected |
| Hogg Jr, Gary (8289746) | Selectee |