AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Texas__

Murphy A. Junaid

V.

John McHugh, Secretary, Dept. of the Army

**EXHIBIT AND WITNESS LIST**

Case Number: 2:11-CV-226

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nelva Gonzales Ramos | Malinda Gaul | Charles Wendlandt |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| August 13, 2012 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Documents regarding Plaintiff's reports to the Inspector General |
| 2 | | | | | Plaintiff's Resume |
| 3 | | | | | Gary Hogg's Resume |
| 4 | | | | | Erik Lundgren email dated June 29, 2009 |
| 5 | | | | | Judith Ballard Sworn Statement dated March 26, 2009 |
| 6 | | | | | Gary Hogg Statement dated April 3, 2009 |
| 7 | | | | | EEOC Index Page and Kenneth Muir email dated June 1, 2010 |
| 8 | | | | | Judith Ballard Statement dated August 10, 2009 |
| 9 | | | | | Memorandum for Record (Rotational Schedule) dated January 23, 2009 |
| 10 | | | | | Memorandum (Gary Hogg start date) dated July 15, 2009 |
| 11 | | | | | Plaintiff's email declining to volunteer for rotational schedule |
| 12 | | | | | EEOC Order Denying Summary Judgment and Setting Prehearing (9-21-10) |
| 13 | | | | | EEOC Video-Teleconference Hearing Order (10-4-10) |
| 14 | | | | | Gary Hogg email with rotational schedule (10-4-10) |
| 15 | | | | | Charles Milholen email dated November 19, 2010 |
| 16 | | | | | Plaintiff's note to Charles Milholen dated October 6, 2010 |
| 17 | | | | | Raul Martinez email dated November 19, 2010 |
| 18 | | | | | Mark Lawrence email dated November 19, 2010 |
| 19 | | | | | Mark Lawrence Declaration |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages