IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MURPHY A. JUNAID, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § |     C-11-226 |
| John McHugh, Secretary, | § | |
| DEPARTMENT OF THE ARMY, | § | |
|     Defendant. | § | |

## PLAINTIFF'S WITNESS LIST

A.      Murphy A. Junaid, Plaintiff, c/o Malinda A. Gaul, Gaul and Dumont, 924 Camaron Street, San Antonio, Texas 78212, will testify regarding his claims and damages in this lawsuit.

B.      Edward Cooper, c/o Corpus Christi Army Depot, will testify regarding Plaintiff being more qualified than Gary Hogg for promotion to Division Chief, the incident at the Home Team Meeting, and the incident regarding the rotational schedule.

C.      Hamilton Pabon, c/o Corpus Christi Army Depot, will testify regarding Plaintiff being more qualified than Gary Hogg for promotion to Division Chief, the incident at the Home Team Meeting, the incident regarding the rotational schedule, and his EEOC complaint against Gary Hogg for fabricating allegations against Mr. Pabon.

D.      Erik Lundgren, c/o Corpus Christi Army Depot, will testify regarding contractor filing cabinets being put into the office he shared with Plaintiff.

E.      Charles Milholen, c/o Corpus Christi Army Depot, will testify regarding being with Plaintiff on October 6, 2010, when Gary Hogg claims he was with Plaintiff.

F.      Raul Martinez, c/o Corpus Christi Army Depot, will testify regarding being with Plaintiff on October 6, 2010, when Gary Hogg claims he was with Plaintiff.

G.      Mark Lawrence, c/o Corpus Christi Army Depot, will testify regarding being with Plaintiff on October 6, 2010, when Gary Hogg claims he was with Plaintiff.

H.      Ricardo Garcia, c/o Corpus Christi Army Depot, will testify regarding being with Plaintiff on October 6, 2010, when Gary Hogg claims he was with Plaintiff.

Adverse Witnesses Whom May be Called by Plaintiff:

A.  Judith Ballard, c/o Corpus Christi Army Depot, will testify regarding contractor filing cabinets being put into Plaintiff's office, asking Ron Howe to facilitate the Home Team Meeting, and Home Team Meetings not attended by Plaintiff.

B.  Gary Hogg, c/o Corpus Christi Army Depot, will testify regarding contractor filing cabinets being put into Plaintiff's office, his qualifications, Ron Howe facilitating the Home Team Meeting, Home Team Meetings not attended by Plaintiff, and disciplinary action given to Plaintiff.

C.  Ron Howe, c/o Corpus Christi Army Depot, will testify regarding facilitating the Home Team Meeting and disciplinary action given to Plaintiff.

D.  Kresten Cook, c/o Corpus Christi Army Depot, will testify regarding IG complaints made by Plaintiff, EEOC complaints made by Plaintiff, Ron Howe facilitating the Home Team Meeting, Home Team Meetings not attended by Plaintiff, and disciplinary action given to Plaintiff.