United States Courts
Southern District of Texas
FILED

AUG 16 2012

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MURPHY A. JUNAID, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:11-CV-226 |
| JOHN MCHUGH, Secretary, Department of the Army, | § § § | |
| Defendant. | § § | |

## VERDICT OF THE JURY

**Question No. 1**

Did Defendant discipline Plaintiff, not select him for the IED Chief position, and/or terminate him because of Plaintiff's race/color or national origin?

Answer "Yes" or "No."

Answer: __YES__

**Question No. 2**

Did Defendant take an adverse employment action against Plaintiff because Plaintiff engaged in a protected activity?

Answer "Yes" or "No."

Answer: __YES__

If you answered "Yes" to one or both of the above questions, then you must proceed to Question No. 3 and determine whether Plaintiff suffered damages, and if so, the amount of those damages.

**Questions No. 3**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other:

Back pay and benefits:

$ ~~125,000.00~~ 150,000

Emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ 500,000.00

**Please sign and date the verdict form.**


**Foreperson's Signature**

8/16/12
**Date**